ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 FEB 27 AM 9: 29

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JULIO ENRIQUE URBINA, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | CV 305-60 |
| ) | (CR 303-9) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. The motion for post-conviction relief is **DENIED** and this civil action is **CLOSED**.

SO ORDERED this 27th day of February, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE